# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 5, 2010

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway
Alton Thomas Davis,
Justices

141657(45)

JOHN ROY ALLEN,
      Plaintiff-Appellant,

v

                                SC: 141657
                                COA: 295753

ROBIN LYNN BELONGA,
      Defendant-Appellee.
                                Mackinac CC: 2005-005986-TC

_____/

      On order of the Court, the motion for reconsideration of this Court's October 8, 2010 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 5, 2010

_____
Clerk

d1102